## ZEPEDA v. STATE.
### No. 19559.

Court of Criminal Appeals of Texas.
March 3, 1938.

Oliver W. Johnson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the local option law; punishment, a fine of $100.

The record is here without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.